■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN R. VUKMAN, Appellant. (Appeal No. 1.) [855 NYS2d 409]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 29, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN R. VUKMAN, Appellant. (Appeal No. 2.) [855 NYS2d 409]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 29, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.